UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELIZABETH J. BLANCHETTE and HENRY J. BLANCHETTE,

Plaintiffs,

v.

DEPUY, INC. and DEPUY ORTHOPAEDICS, INC.,

Defendants.

CASE NO. 06-

**AFFIDAVIT OF MARK T. PIAZZA**

I, Mark T. Piazza, being duly sworn and under oath, state:

1. I am Assistant General Counsel of Johnson & Johnson and DePuy Orthopaedics, Inc., a Johnson & Johnson Company.

2. I have personal knowledge of all of the facts set forth in this Affidavit. If called and sworn as a witness, I could and would testify as set forth in this Affidavit. I base my statements upon information obtained from various sources, including my own personal experience as an Assistant General Counsel, its corporate records, documents maintained in the regular course of business, and other information obtained by me in the ordinary course of business.

3. DePuy, Inc., a wholly owned subsidiary of Johnson & Johnson, is a corporation organized and existing under the laws of the state of Delaware, with a principal place of business in Warsaw, Indiana.

4. DePuy Orthopaedics, Inc., a wholly owned subsidiary of DePuy, Inc., is a corporation organized and existing under the laws of the state of Indiana, with its principal place of business in Warsaw, Indiana.

Mark T. Piazza

Mark T. Piazza

Dated: Oct. 26, 2006

Subscribed and Sworn before me, a Notary Public
this 26th day of October, 2006

Betsy J. Spiegel
Signature

BETSY J. SPIEGEL
Kosciusko County
My Commission Expires
October 5, 2009

1573732.1