CA06-482T

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: WC-2006-0436 ELIZABETH J BLANCHETTE V DEPUY INC

Filing Date: 07-19-2006
Case Status: CLOSED AT FILING

Case Type: PRODUCT LIABILITY
Status Date: 10-30-2006

Plaintiff: ELIZABETH BLANCHETTE
ID: @10853372
Plaintiff: HENRY BLANCHETTE
ID: @10853373
Defendant: DEPUY INC
ID: @10853376
Defendant: DEPUY ORTHOPAEDICS INC
ID: @10853377

Attorney: RAYMOND MARCACCIO
Attorney: JULIE HAMIL
Attorney: RAYMOND MARCACCIO
Attorney: JULIE HAMIL

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-19-2006 | COMPLAINT FILED | |
| 07-19-2006 | INITIAL FILING FEE | |
| 07-27-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCW32339. |
| 10-17-2006 | SUMMONS,PROOF OF SERVICE FILED | UPON DEPUY ORTHOPAEDICS INC——SERVED ON 10/12/06<br>Affiliated: BLANCHETTE, ELIZABETH J |
| 10-23-2006 | SUMMONS,PROOF OF SERVICE FILED | UPON DEPUY INC———SERVED BY CERTIFIED MAIL ON 10/17/06<br>Affiliated: BLANCHETTE, ELIZABETH J |
| 10-23-2006 | SUMMONS,PROOF OF SERVICE FILED | UPON CORPORATION TRUST CO———SERVED BY CERTIFIED MAIL ON 10/16/06<br>Affiliated: BLANCHETTE, ELIZABETH J |
| 10-23-2006 | AFFIDAVIT OF SERVICE FILED | |
| 10-30-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: DEPUY INC |
| 10-30-2006 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # 06-482T<br>Affiliated: DEPUY INC |
| 10-30-2006 | OTH DOCUMENT FILED AT FILING | |

True Copy Attest
C. R. [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island