UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH J. BLANCHETTE and HENRY J. BLANCHETTE, Plaintiffs, | ) | |
| v. | ) | CASE NO. 06-0482T |
| DEPUY, INC. and DEPUY ORTHOPAEDICS, INC., Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEPUY, INC. AND DEPUY ORTHOPAEDICS, INC.**

Pursuant to Fed. R. Civ. P. 7.1, defendants DePuy, Inc. and DePuy Orthopaedics, Inc. makes the following corporate disclosure statement:

1. DePuy Orthopaedics, Inc., is a subsidiary of DePuy, Inc., which in turn is a subsidiary of Johnson & Johnson.

2. Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

DEPUY ORTHOPAEDICS, INC. and
DEPUY, INC.,
By its attorneys,
MORRISON MAHONEY LLP,

/ Signature on File /

Paul V. Sullivan (#5712)
121 South Main Street, Suite 600
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2006, I served a copy of the foregoing Corporate Disclosure Statement, by regular U.S. mail, postage prepaid, to:

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

/ Signature on File /

Paul V. Sullivan