**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELIZABETH J. BLANCHETTE** | : | |
| **and HENRY J. BLANCHETTE** | : | |
| ***Plaintiffs,*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-0482T** |
| | : | |
| **DEPUY, INC., and DEPUY** | : | |
| **ORTHOPEDICS, INC.** | : | |
| ***Defendants*** | : | |

**PLAINTIFFS' REPLY TO DEFENDANTS' MOTIONS FOR ADMISSIONS PRO HAC VICE**

Now come Plaintiffs, Elizabeth J. Blanchette and Henry J. Blanchette, and hereby state that they have no opposition to the granting of the Defendants' Motions for Attorneys David Ferrera and David Schmahmann to appear *pro hac vice* on behalf of all Defendants.

Plaintiffs,
By their Attorneys,

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esquire (#3569)
Julie P. Hamil, Esquire (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: December 29, 2006

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFFS' REPLY TO DEFENDANTS' MOTIONS FOR ADMISSIONS PRO HAC VICE* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 29th day of December, 2006.

Paul V. Sullivan, Esquire
pvsullivan@morrisonmahoney.com

/s/ Raymond A. Marcaccio