UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH J. BLANCHETTE and HENRY J. BLANCHETTE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 06- 0482T |
| DEPUY, INC., and DEPUY ORTHOPAEDICS, INC., | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Plaintiffs Elizabeth Blanchette and Henry Blanchette hereby dismiss with prejudice and without costs all claims and counts asserted against the defendants in the above-captioned matter.

ELIZABETH J. BLANCHETTE and
HENRY J. BLANCHETTE,

By their Attorneys,

OLIVERIO & MARCACCIO, LLP,

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 861-2900
Fax: (401) 861-2922

DEPUY, INC., and
DEPUY ORTHOPAEDICS, INC.,

By its Attorneys,

MORRISON MAHONEY LLP

/s/ Paul Sullivan

Paul V. Sullivan, #5712
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420



628686v1

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record, this 14th day of March, 2007.

/ s / Paul Sullivan